# Exhibit C

## Dennis Montgomery
## Production #1

For much of the material sought by the subpoena, Mr. Montgomery is subject to the State Secrets Privilege and a non-disclosure obligation with the federal government, who in the past has intervened when such materials are being sought.

Where the request for production implicates this concern and for the sake of abbreviation, this objection will be abbreviated to "SSP/NDA"

At this time, we have included a letter to Attorney General Garland notifying them of the intended disclosure. We will notify you immediately when we hear a response.

1. SSP / NDA.

2. SSP / NDA

3. SSP / NDA

4. None.

5. None.

6. None.

7. I am not a Lindell or My Pillow employee.

8. None.

9. SSP / NDA

10. None that are responsive. I do record each broadcast but save the broadcasts frame by frame. This amounts to several hundred million graphics files which I am sure Smartmatic does not want.

11. None that are responsive. I repeat what I said in "10" above.

12. None that are responsive. I repeat what I said in "10" above.

13. I do not have documents and communications concerning the "ACCUSED PROGRAMS" other than my answers in 10 through 12 above. To the extent that I may have them, they may be subject to the SSP / NDA.

14. I have not made any statements but if I did, it would be subject to the SSP / NDA.

15. None.

16. I had multiple requests to be interviewed by Reuters' Aram Roston, but I do not have his contact information. I turned down Mr. Roston's request.

17. Regarding Mr. Lindell's programs, broadcasts, and appearances, I do record them. However, because they are saved frame by frame, the sheer number of hard drives and expense makes production unreasonable. I do not have any other information.