# Exhibit E

| | |
|---|---|
| From: | Chris Kachouroff <chris@mck-lawyers.com> |
| Sent: | Thursday, March 9, 2023 1:19 PM |
| To: | Bedell, James |
| Cc: | patrick@mck-lawyers.com |
| Subject: | Re: Smartmatic v. Lindell, et al. - Subpoena to Dennis Montgomery |
| Attachments: | image.png |

James,

Thank you for contacting me. Will you be able to do March 14? It's an admin day for me so I do not have appointments scheduled.

Sincerely,

Chris Kachouroff

On Thu, Mar 9, 2023 at 12:39 PM Bedell, James <JBedell@beneschlaw.com> wrote:

> Chris,
>
> I have received the email and voicemail you left for Erik Connolly regarding the subpoena Smartmatic sent to your client, Dennis Montgomery. I am reaching out to schedule a call during which we can discuss objections, asserted privileges, and a reasonable response date to the subpoena.
>
> Are you available on March 13, 14, or 15 to discuss? If so, please let me know some times that would work for you. I look forward to speaking with you.
>
> Best,
>
> James
>
> 
>
> James R. Bedell
> Associate | Litigation
> Benesch Friedlander Coplan & Aronoff LLP
>
> t: 216.363.6244 | m: 216.402.9807
> JBedell@beneschlaw.com | www.beneschlaw.com
> 200 Public Square, Suite 2300, Cleveland, OH 44114-2378
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

1

--

--

**CHRISTOPHER I. KACHOUROFF, ESQ.**
Tel: 703.621.3300
Cell: 703.853.0160
Web: www.mck-lawyers.com