# Exhibit G



## U.S. Department of Justice

United States Attorney
District of Minnesota

600 United States Courthouse         Telephone: (612) 664-5600
300 South Fourth Street              Fax: (612) 664-5787
Minneapolis, MN 55415

April 26, 2023

**VIA E-MAIL & U.S. MAIL**

Patrick M. McSweeney                 Chris Kachouroff
McSweeney Cynkar & Kachouroff, PLLC  McSweeney Cynkar & Kachouroff, PLLC
3358 John Tree Hill Road             13649 Office Place, Suite 101
Powhatan, Virginia 23139             Woodbridge, Virginia 22192

Re:  **Smartmatic et al. v. Lindell et al.**
     0:22-cv-00098 (WMW) (D. Minn.)

Dear Counsel:

Thank you again for sending me the Subpoena *Duces Tecum* (with Schedule A attached) on April 13, 2023, that was served upon your client, Dennis Montgomery, in the above-referenced matter. I have reviewed these documents and have been in contact with the U.S. Department of Justice. To the extent that Mr. Montgomery interprets the requested information as implicating information covered by the protective order referenced in your March 27, 2023 letter to the Honorable Merrick B. Garland, U.S. Attorney General, the United States takes the same position it has taken in its publicly filed briefing in *Montgomery v. eTreppid Technologies, LLC, et al.*, Nos. 3:06-cv-56 & 3:06-cv-145 (D. Nev.), ECF No. 1243.

Should you have any questions or would like to discuss this further, please contact Cassandra Snyder, Trial Attorney with the U.S. Department of Justice, at (202) 451-7729 or Cassandra.M.Snyder@usdoj.gov.

Sincerely,

ANDREW M. LUGER
United States Attorney

/e/ *Adine S. Momoh*

BY: ADINE S. MOMOH
Assistant U.S. Attorney
Attorney ID Number 0390085
Email: Adine.Momoh@usdoj.gov

cc:  Cassandra Snyder (via e-mail)