# Exhibit I

**McSweeney Cynkar & Kachouroff, PLLC**
TRIAL & APPELLATE LAWYERS

Patrick M. McSweeney
(804) 937-0895
patrick@mck-lawyers.com

Powhatan Office
3358 John Tree Hill Road
Powhatan, Virginia 23139

May 15, 2023

*By U.S. Mail and electronic delivery*

James R. Bedell, Esquire
Benesch Friedlander Coplan & Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378

Andrew D. Parker, Esquire
Parker Daniels & Kibort, LLC
Minneapolis, Minnesota 55401

    **RE:   Subpoena compliance in *Smartmatic et al., v. Lindell et al.,* 0:22-cv-00098**

Dear Mssrs. Bedell and Parker:

    As you know, this firm represents Dennis Montgomery. We write to notify both firms, plaintiffs and defendants respectively, that Mr. Montgomery will comply with the subpoenas you have issued only if a court orders him to testify and produce documents, as you have requested, pursuant to a motion or motions to compel him to do so.

    I have informed each of you that Mr. Montgomery is in possession of information and material that, while responsive to each of your subpoenas, may be subject to the U.S. Government's objections to disclosure and/or assertions of the state secrets privilege or the privilege established by 50 U.S.C. § 403-1(i)(1). Since 2007, Mr. Montgomery has been subjected to repeated Government threats of prosecution if he were to disclose information that the Government considers privileged or protected. Although he has forwarded the subpoenas to the Department of Justice, it has declined to advise what position it takes on them. If the court grants a motion to compel, it will force the Government either to allow Mr. Montgomery to turn over documents and testify or to assert any objections or privileges it may rely upon.

    To expedite this, we will waive service and you may serve us with any motion that you have by email. We look forward to your response.

Very truly yours,

Patrick M. McSweeney

cc: Mr. Dennis Montgomery
    Christopher Kachouroff, Esquire