# Exhibit J

**From:** Nick Dressen <Nick@mypillow.com>
**To:** Todd Carter <tc@mypillow.com>
**Subject:** FW: Donor email pls send today after 4pm eastern time.
**Date:** Wed, 7 Sep 2022 18:08:00 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Hi Todd,

Can you please send me the updated list of donors to LLOF, I need to send an email out to specifically them.

Thank You,

**Nick Dressen**
VP Digital Marketing
MyPillow Inc. | mypillow.com
p: 952-826-8652 | e: nick@mypillow.com
1550 Audubon Road | Chaska, MN | 55318


*Guaranteed The Most Comfortable Pillow You'll Ever Own!*

**From:** patty sam <coffeemiracle21@gmail.com>
**Sent:** Wednesday, September 7, 2022 12:55 PM
**To:** Nick Dressen <Nick@mypillow.com>
**Subject:** Donor email pls send today after 4pm eastern time.

> **Caution:** This email originated outside of the company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Let me know if you need anything else.
This email goes only to the donor list for LLOF
Sho

---------- Forwarded message ----------
**From:** patty sam <coffeemiracle21@gmail.com>
**Date:** Tue, Sep 6, 2022, 2:48 PM
**Subject:** donor email: FINAL pls approve
**To:** Mike Lindell <mike@mypillow.com>


Dear %%First Name%%,

From the bottom of my heart, thank you for your generous support of the Lindell Legal Offense Fund.

Every dollar you donate is spent on our legal team's efforts to uncover the truth behind electronic voting machines and the corrupt outcome of the 2020 Presidential election and all subsequent elections since! Including our most recent 2022 primaries. We are funding lawsuits and strategic legal

injunctions, as well as going on the offensive for everyday Americans who have been targeted by Dominion and Smartmatic. Our goal is to get rid of the electronic voting machines in ALL elections going forward, FOREVER!

Now, I have exciting news. Dennis Montgomery, the software engineer, and former government insider is the whistleblower on election fraud.

Montgomery's information will be the final nail in the coffin for THE PROOF that electronic voting machines are stealing your voice! It's so explosive that at the Moment of Truth Summit, my team filed a motion to intervene for the limited purpose of lifting the Protective Order on Montgomery's information that has been suppressed by the Courts since 2006! You deserve the Truth!

This is so significant that it will vindicate me from all the lawfare that Dominion and Smartmatic have waged against us! They can't hide the facts from the American people anymore!

And I'm about to launch a website to host Montgomery's critical findings! **This site will expose the greatest theft in American history DONE THROUGH MACHINES. Please share this with everyone you know!**

Exposing corruption in our elections involves expensive legal battles including incredible costs for our cyber teams and experts. The Lindell Legal Offense Fund is prepared to take a stand for the Constitution AND to be proactive in getting rid of all electronic voting machines and computers in all US elections. From the smallest municipal elections to the presidential race, your vote must be secured because all elections have consequences!

Why am I taking on this legal fight? **Because the future of our country is at stake! With your ongoing support, we are making a HUGE impact!**

**If you can, please donate an additional $25, $50, $100, $250, or $500 today to the Lindell Legal Offense Fund. Every dollar you donate will fund this critical battle to expose the truth!**

People at the highest levels of the American government were involved in stealing the 2020 election. In addition, the Chinese government played a bigger role than anyone thought possible…. More to come on that. The American people deserve to know the truth.


Thank you for your prayers and support.

Thank you,
Mike Lindell
Lindell Legal Offense Fund

DEF009556.000002