# Exhibit L

2021/07/25

Kim Rasmussen



DEF084277.000035



> 4:28
>
> Chats    QAnon John
>            40,811 subscribers
>
> Pinned Message
> WTM would like to welcome our newe...
>
> For a quick history lesson, he got his start years ago in tech lying to the US Government about software designed to identify and track enemy combatants during the early 2000s. He pretended to create a program, including a bad video mock up, but could not follow through.
> This was a scam to the tune of several million dollars and was litigated in court.
> Montgomery has made other such scams and claims a career.
>
> I have repeatedly rebuffed his efforts, and cautioned people on the right whose ears I have, repeatedly, against being taken in by that narrative.
> It seems as though they are curiously deaf to reason though. A disconcerting fact to me.
>
> Mute

09:28:38 pm

DEF084277.000036



09:29:00 pm

mlicloud@mypillow.com

The people saying these things are the spy's and treasonist ( not sure if that is a word 😜)

09:50:54 pm

2021/07/26

Kim Rasmussen



Quick question on insurance. Call when you can.

09:18:29 pm