# Exhibit O

Date: Sun, 17 Jan 2021 16:21:27 +0000
From: Mike Lindell <mike@mypillow.com>
To: Benjamin Carson <bcarsonsr@gmail.com>
Subject: Fwd: Eric

Mike Lindell
CEO My Pillow, Inc

Begin forwarded message:

> **From:** Mary Fanning
> **Date:** January 16, 2021 at 1:50:32 AM CST
> **To:** Mike Lindell
> **Cc:** Dennis Montgomery
> **Subject: Eric**
>
> Mike,
>
> What about flying Dennis in to meet with the boss?
>
> Eric Early, the attorney that wrote the document, says he would gladly accompany Dennis.
>
> Dennis could also go to a nearby SCIF with attorney Eric Early to speak with President Trump.
>
> President Trump can sign the document without others first reviewing. Previously DNI John Ratclif acknowledged THE HAMMER. Dennis also has government documents and government emails that refer to THE HAMMER.
>
> Perhaps Eric Trump would help you to intercede with his father.
>
> Please let me know your thoughts.
>
> Thank you.
>
> Mary Fanning

ML-000966