# Exhibit P



DEF035558.000094

Mary Fanning

He told me the info is not in pcaps. Rather it was "real numbers, that were collected in real time, that will reveal the real outcome of the 2020 election.

Data was collected. Far more than packet streams were collected. Actual files were collected from election computers. The data reflects the adverse effect on the votes for President Trump.

06:11:24 am

That is verbatim what he told me.
10:11:42 am

MF

Again he told me "Standard Internet identifiers will be presented. This will show a small snapshot in time. Billions of these snapshots were collected. Observing these billions of snapshots of collected data together is like watching a movie. Only, in this case, one is watching a movie of the United States election being stolen by foreign adversaries."
06:13:50 am

mfkrloud@mypillow.com

I feel like I am in the twilight zone.
Dennis and Conan worked hard to get the stuff ready for almost a month.

Mary he told me I would get everything and I bought him a 2 million dollar house and another 1.1 million earlier in the year.
He signed everything over to me.
I flew down there to pick it up and he told me to leave and come back in an hour.

We have a rolling of data on frank of 6 states and 2 of them are the same.
06:14:55 am

Mary Fanning

In breakout room 2 some woman was telling people that "Dennis had a stroke and was in the hospital. And that Mike gave Dennis 4 million dollars and bought him a home in Florida."
Kirk Wiebe called Dennis.

MF

Apparently Kirk was pontificating. Telling people about my husband and a supposed Dominion deal --- all BULLSHIT.
06:17:26 am

mkirkloud@mypillow.com

Kirk Wiebe is the one who said that in the breakout room to people.

We don't have that.... Kirk is on the copy he said he made for me then it is still in his house.
I am in trouble with not showing anything......

I waited 7 months to get everything and get our country back -- I am praying that he will give me the evidence before the Supreme Court.
06:18:52 am

Mary Fanning

I am hearing something else from him.
06:19:09 am

Dennis reached out to General McInerney late last night. McInerney is trying to get Dennis to answer his call.
02:59:44 pm

D just called me.
03:21:14 pm

He said he is dropping the info.
Wonders why no one is going after Larry Johnson and the Gateway Pundit team that attack him and why we are not standing up for him.
03:23:54 pm

DEF035558.000095