# Exhibit Q

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Misc. Case No.: _____<br><br>Underlying action pending in, and subpoena issued by, the United States District Court for the District of Minnesota, Case No. 22-cv-0098-WMV-JFD |

## DECLARATION OF MICHAEL J. LINDELL

I, Michael J. Lindell, being first duly sworn, state as follows:

1. I am a defendant in the above-referenced case. I have personal knowledge of the matters stated below. I submit this Declaration in support of Defendants' Motion to Compel Compliance with Subpoena *Duces Tecum* to Non-Party Dennis Montgomery.

2. I relied, in part, upon information I received concerning Dennis Montgomery, when I made statements at issue in the First Supplemental Complaint filed against me by Smartmatic in this matter.

3. In January and February 2021, I obtained information about Dennis Montgomery through talking to other people with knowledge of him and ultimately through communications directly with him.

4. I learned that Dennis Montgomery is a computer programmer whose companies the federal government paid millions of dollars for his technical services, that the federal government has long asserted a "state secrets" privilege concerning his work, and that he used his technical skills to obtain electronic data showing that the 2020 presidential election was hacked and vote tallies manipulated.

5. Dennis Montgomery confirmed in direct communications with me that the information I had received about him and his work was correct.

6. Partly in reliance on information I received about and from Montgomery, I spoke out publicly about the 2020 presidential election, and filmed and distributed the movies *Absolute Proof*, *Scientific Proof*, *Absolute Interference*, and *Absolutely 9-0* presenting evidence that the 2020 presidential election had been stolen. A significant basis, in part, for the statements made in the movies was the information I received about and from Montgomery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2023, in CARVER County, MINNESOTA.

Michael J. Lindell

2