IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Petitioners,<br><br>vs.<br><br>DENNIS MONTGOMERY,<br><br>Respondent. | CASE NO.<br><br>**SMARTMATIC'S DISCLOSURE STATEMENT**<br><br>Related to Action Pending in the U.S. District Court of the District of Minnesota, *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-WMW-JFD |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Smartmatic[1] discloses the following individuals and entities who has an interest in the outcome of this matter, that has publicly traded shares or debt potentially affected by the outcome, that would be likely to actively participate, and who is arguably eligible for restitution:

- Benesch, Friedlander, Coplan & Aronoff, LLP

- Parker Daniels Kibort LLC

- McSweeney Cynkar & Kachouroff, PLLC

- Smartmatic USA Corp.

- Smartmatic International Holding B.V.

---

[1] Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are collectively referred to as "Smartmatic."

- SGO Corporation Limited
- Dennis Montgomery
- Michael J. Lindell
- MyPillow, Inc.
- Lindell Management, LLC

Smartmatic further states the following:

- Smartmatic USA Corp. is owned 100% by Smartmatic International Holding B.V.;
- Smartmatic USA Corp. does not have 10% or more stock owned by a publicly held corporation;
- Smartmatic International Holding B.V. is owned 100% by SGO Corporation Limited;
- Smartmatic International Holding B.V. does not have 10% or more stock owned by a publicly held corporation;
- SGO Corporation Limited does not have a parent company; and
- SGO Corporation Limited does not have 10% or more stock owned by a publicly held corporation.

I certify that, except as disclosed, I am unaware of an actual or potential conflict on interest affecting the district judge or the magistrate judge in this action,

and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

/s/ *Matthew Langley*
MATTHEW LANGLEY
MICHAEL E. BLOOM (*pro hac vice* application forthcoming)
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 312.767.9192
Email: mlangley@beneschlaw.com
       mbloom@beneschlaw.com

JAMES R. BEDELL (*pro hac vice* application forthcoming)
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jbedell@beneschlaw.com

*Attorneys for Petitioners*
