IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Petitioners,<br><br>vs.<br><br>DENNIS MONTGOMERY,<br><br>Respondent. | CASE NO.<br><br>**NOTICE OF RELATED ACTION** |

Pursuant to Local Rule 1.07(c), Smartmatic[1] identifies the following actions related to the above-captioned matter:

- *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-WMW-JFD (D. Minn.); and

- *Smartmatic USA Corp., et al. v. Lindell, et al.*, 2:23-mc-00003-SPC-KCD (M.D. Fla.).

---

[1] Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are collectively referred to as "Smartmatic."

Respectfully submitted,

/s/ *Matthew Langley*
MATTHEW LANGLEY
MICHAEL E. BLOOM (*pro hac vice* application forthcoming)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 312.767.9192
Email: mlangley@beneschlaw.com
mbloom@beneschlaw.com

JAMES R. BEDELL (*pro hac vice* application forthcoming)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jbedell@beneschlaw.com

*Attorneys for Petitioners*