# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MEYERS DIVISION

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED, | CASE NO. 2:23-MC-00005 |
| | JUDGE JOHN L. BADALAMENTI |
| Petitioners, | MAGISTRATE JUDGE KYLE C. DUDEK |
| vs. | **JOINT STATUS REPORT** |
| DENNIS MONTGOMERY, | Related to Action Pending in the U.S. District Court of the District of Minnesota, *Smartmatic USA Corp., et al. v. Lindell, et al.*, 22-cv-00098-WMW-JFD |
| Respondent. | |

Pursuant to the Court's October 23, 2023 Order [D.E. 21], Smartmatic[1] and Dennis Montgomery provide this Joint Status Report. Mr. Montgomery has produced documents and appeared for his deposition which concluded on October 26, 2023. The Parties agree that no further proceedings are necessary and that the Court can close this matter.

## LOCAL RULE 3.01(g) CERTIFICATION

**WE HEREBY CERTIFY** that on October 26, 2023, we conferred in person in good faith to resolve all issues and agreed as stated above.

---

[1] Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are collectively referred to as "Smartmatic."

Respectfully submitted,

| | |
|---|---|
| */s/ Dawn M. Rapoport* | */s/ Michael E. Bloom* |
| DAWN M. RAPOPORT | NICHOLAS J. SECCO |
| **DAWN M. RAPOPORT, P.A.** | MICHAEL E. BLOOM (admitted *pro hac vice*) |
| 1314 East Las Olas Blvd., Suite 121 | **BENESCH, FRIEDLANDER,** |
| Fort Lauderdale, Florida 33301 | **  COPLAN & ARONOFF LLP** |
| Telephone: 754.333.1105 | 71 South Wacker Drive, Suite 1600 |
| Email: dawn@rapoportlawgroup.com | Chicago, Illinois 60606-4637 |
| | Telephone: 312.212.4949 |
| *Attorney for Respondent* | Facsimile: 312.767.9192 |
| | Email: nsecco@beneschlaw.com |
| | mbloom@beneschlaw.com |

JAMES R. BEDELL (admitted *pro hac vice*)
**BENESCH, FRIEDLANDER,**
**  COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jbedell@beneschlaw.com

*Attorneys for Petitioners*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023 a copy of the foregoing *Joint Status Report* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Notice was also sent to the following via electronic mail:

> Patrick McSweeney and Chris Kachouroff
> McSweeney Cynkar & Kachouroff PLLC
> 3358 John Tree Hill Rd.
> Powhatan, VA 23139
> patrick@mck-lawyers.com
> chris@mck-lawyers.com
>
> Dawn M. Rapoport
> Dawn M. Rapoport, P.A.
> 1314 East Las Olas Blvd., Suite 121
> Fort Lauderdale, Florida 33301
> dawn@rapoportlawgroup.com

*/s/ Michael E. Bloom*
Michael E. Bloom